Michael Rhodes
NV Bar No. 11696
Email: mike@mikerhodeslaw.com
LAW OFFICE OF MICHAEL RHODES, PLLC
703 South Eighth Street
Las Vegas, Nevada 89101
Telephone:  702/366-0333
Facsimile:  702/666-0332
*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CYNTHIA NAPOLITANO,<br>Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL,<br>ACTING COMMISSIONER OF SOCIAL SECURITY,<br>Defendant. | Civil Action No. 2:17-cv-02286 |

**STIPULATION AND ORDER TO EXTEND TIME FOR FILING PLAINTIFF'S MOTION FOR REVERSAL AND/OR REMAND**

Plaintiff CYNTHIA NAPOLITANO, by and through her attorney, Michael Rhodes of the Law Office of Michael Rhodes Law, PLLC, and Defendant NANCY A. BERRYHILL, by and through ELLINOR R. CODER, Special Assistant United States Attorney, hereby stipulate and agree to the following:

**IT IS HEREBY STIPULATED AND AGREED,** that with the Court's approval, that Plaintiff's time to file her Motion for Reversal and/or Remand currently due no later than February 1, 2018 is extended to March 2, 2018. This continuance is necessitated due to Attorney Rhodes, who is a solo practitioner, having nine (9) court appearances and two (2) administrative hearings in January as well as the Administrative Record being 942 pages.

DATED this __29___ day of January, 2018

Law Office of Michael Rhodes, PLLC

By: _____/s/ Michael Rhodes_____
Michael Rhodes
Nevada Bar No: 11696
703 South Eighth Street
Las Vegas, NV 89101
*Attorney for Plaintiff*

DATED this __29___ day of January 2018

Dayle Elieson, Interim United States Attorney, District of Nevada

By: ___/s/ Ellinor R. Coder_____
Ellinor R. Coder
Special Assistant United States Attorney
Social Security Administration
160 Spear Street, Suite 800
San Francisco, CA 94105
*Attorney for Defendant*

**IT IS SO ORDERED.**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: 1-29-2018

- 2 -