DAYLE ELIESON
United States Attorney
BLAINE T. WELSH
Chief, Civil Division
District of Nevada

ELLINOR R. CODER
    Special Assistant United States Attorney
    Social Security Administration
    160 Spear St., Suite 800
    San Francisco, CA 94105
    Telephone: (415) 977-8955
    Facsimile: (415) 744-0134
    Email: Ellinor.Coder@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CYNTHIA NAPOLITANO,<br><br>        Plaintiff,<br><br>  vs.<br><br>NANCY A. BERRYHILL,<br>Deputy Commissioner for Operations, performing the duties and functions not reserved to the Commissioner of Social Security,<br><br>        Defendant. | Case No.: 2:17-cv-02286-RFB-VCF<br><br>**UNOPPOSED MOTION FOR EXTENSION OF TIME**<br>(*FIRST REQUEST*) |

      Defendant Nancy A. Berryhill, Deputy Commissioner for Operations, performing the duties and functions not reserved to the Commissioner of Social Security ("Defendant"), respectfully requests that the Court extend the time for Defendant to file her responsive brief, due on April 2, 2018, by 30 days, through and including May 2, 2018. This is Defendant's first request for an extension of time.

The instant request is not intended to cause delay and is necessary because counsel for Defendant would like to confer with the agency regarding voluntary remand.

Counsel for Defendant contacted counsel for Plaintiff, who consented to the extension.

Respectfully submitted this 2d day of April 2018.

DAYLE ELIESON
United States Attorney

//s// *Ellinor R. Coder*
ELLINOR R. CODER
Special Assistant United States Attorney


IT IS SO ORDERED:

Hon. CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

DATED: April 2, 2018

**CERTIFICATE OF SERVICE**

I, Ellinor R. Coder, certify that the following individual was served with a copy of the UNOPPOSED MOTION FOR EXTENSION OF TIME on the date and via the method of service identified below:

CM/ECF:

Michael Rhodes
400 South Fourth Street
Third Floor
Las Vegas, NV 89101
702-366-0333
Fax: 702-666-0332
Email: Mike@MikeRhodesLaw.com

Dated this 2nd day of April 2018.

                                                 //s// *Ellinor R. Coder*
                                                 ELLINOR R. CODER
                                                 Special Assistant United States Attorney