DAYLE ELIESON
United States Attorney
BLAINE T. WELSH
Chief, Civil Division
District of Nevada

ELLINOR R. CODER
Special Assistant United States Attorney
Social Security Administration
  160 Spear St., Suite 800
  San Francisco, CA 94105
  Telephone: (415) 977-8955
  Facsimile: (415) 744-0134
  Email: Ellinor.Coder@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

|  |  |
|---|---|
| CYNTHIA NAPOLITANO,<br><br>      Plaintiff,<br><br>      vs.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>      Defendant. | Case No.: 2:17-cv-02286-RFB-VCF<br><br>**STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT** |

IT IS STIPULATED by and between Plaintiff ("Plaintiff") and Defendant Nancy A. Berryhill, Acting Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, that the above-entitled action shall be remanded to the Commissioner of Social Security for further administrative proceedings.

Upon remand, the Office of Disability Adjudication and Review will remand the case to an Administrative Law Judge (ALJ) and direct him or her to:

(1) Re-evaluate the medical source opinions of John Paglini, Psy.D., Khalid Kamal, M.D., and Mayenne Karelitz, M.D.;

(2) Take further action to complete the administrative record resolving the above issues, obtain further vocational expert testimony as necessary, and issue a new decision.

This stipulation constitutes a remand under the fourth sentence of Section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

Respectfully submitted this 2nd day of May 2018.

*/s/ Michael Rhodes\**
MICHAEL RHODES
Law Office of Michael Rhodes, PLLC
Attorney for Plaintiff
*\*Authorized by email on May 2, 2018*

DAYLE ELIESON
United States Attorney

*/s/ Ellinor R. Coder*
ELLINOR R. CODER
Special Assistant United States Attorney

IT IS SO ORDERED:

RICHARD F. BOULWARE, II
United States District Judge

DATED:   May 3, 2018.

**CERTIFICATE OF SERVICE**

I, Ellinor R. Coder, certify that the following individual was served with a copy of the **STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT** on the date, and via the method of service, identified below:

**CM/ECF:**

Michael Rhodes
Law Office of Michael Rhodes, PLLC
703 South Eighth Street
Las Vegas, NV 89101

Dated this 2nd day of May 2018.

/s/ Ellinor R. Coder
ELLINOR R. CODER
Special Assistant United States Attorney